# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

YONG MI SHANNON,    Case No. 09-CV-12710
                   Hon. Lawrence P. Zatkoff
    Debtor.
_____/

ACCLAIM LEGAL SERVICE, P.L.L.C.,
                   Bankruptcy Case No. 09-40867
    Appellant,     Hon. Steven W. Rhodes

vs.

DAVID W. ALLARD,
Chapter 7 Trustee,

    Appellee.
_____/

## **JUDGMENT**

    IT IS ORDERED AND ADJUDGED that pursuant to this Court's Opinion and Order dated March , 2010, this cause of action is DISMISSED WITH PREJUDICE.


    Dated at Port Huron, Michigan, this 25th day of March, 2010.

                                  DAVID J. WEAVER
                                  CLERK OF THE COURT


                       BY:    s/Marie E. Verlinde
                                  MARIE VERLINDE

APPROVED:


s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE



S:\Zatkoff\Marie ECF\shannon.bankruptcy.judgment.wpd